Núm. 7553.—Saavedra et al., apldos. *v.* Saavedra et al., apltes. —C. D. Mayagüez. ▮▮▮▮▮▮▮▮▮▮▮▮ Enero 25, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de la parte apelada por la que solicita la desestimación del recurso por los motivos siguientes:

1. Porque la apelación es frívola por haber sido la finca objeto del litigio adjudicada al Federal Land Bank of Baltimore en la ejecución del crédito hipotecario constituído por los demandados apelantes, crédito que ha sido reconocido como válido, por lo cual cualquiera que fuese la decisión de esta Corte Suprema en nada podría variar la situación creada por tal ejecución.

2. Porque la única cuestión fundamental de derecho promovida por los apelantes es la relativa a la aplicabilidad de la máxima *in pari delicto potior est conditio defendentis,* cuestión que fué ya resuelta por esta Corte Suprema en contra de los apelantes en *Saavedra* v. *Saavedra,* 46 D.P.R. 232.

3. Porque las únicas cuestiones que pudieran promoverse tendrían que dirigirse a atacar la apreciación de la prueba hecha por la corte inferior.

Por cuanto, al estudiar las conclusiones de hecho establecidas por la corte sentenciadora encontramos que dichas conclusiones están ampliamente justificadas por la evidencia, sin que del récord del caso

aparezca que la corte sentenciadora haya actuado bajo la influencia de la pasión o del prejuicio o haya sido parcial en su fallo.

Por cuanto, la devolución del certificado de acciones y del .remanente que quedó en poder del demandado apelante es consecuencia lógica e inevitable de la declaración de validez y eficacia del convenio por el cual el demandado apelante se comprometió a devolver la finca al demandante tan pronto como se hubiese realizado el préstamo con el Federal Land Bank, declaración hecha por la corte sentenciadora de acuerdo con lo resuelto por esta Corte Suprema en *Saavedra* v. *Saavedra*, 46 D.P.R. 232.

Por lo tanto, se declara con lugar la moción de la parte apelada y se desestima el recurso por ser frívolo y académico.

El Juez Asociado Sr. Córdova Dávila no intervino.